# PROOF OF SERVICE

I certify that on 6-26-07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY
DISTRICT OF RHODE ISLAND
FLEET CENTER
50 KENNEDY PLAZA, EIGHTH FLOOR
PROVIDENCE, RHODE ISLAND 02903

DRUG ENFORCEMENT ADMINISTRATION
BOSTON FIELD DIVISION
15 NEW SUDBURY STREET
ROOM E400
BOSTON, MA 02203-0402

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 6-26-07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Rafael Santos
Signature

Dated: 6/26/07

RAFAEL SANTOS
REG. NO. 05654070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

*Rev. 09/05*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**FEDERAL BUILDING AND U.S. COURTHOUSE**
**PROVIDENCE, RHODE ISLAND 02903**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

May 17, 2007

Mr. Rafael Santos
Reg. No. 05654-070
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

Dear Mr. Santos:

In response to your letter of May 7, 2007, you should continue to pursue this matter through your counsel and the DEA. I am sure if you provide them the information they need, they will pursue the matter appropriately.

Very truly yours,

William E. Smith
U.S. District Judge

cc: Scott A. Lutes, Esq.
William J. Murphy, Esq.
Adi Goldstein, Esq.
Michael P. Iannotti, Esq.

Rafael Santos
#05654070
P.O. BOX 1000
White Deer, PA 17887
October 15, 2006

CRIMINAL CASE NO: 04-112-01 ML

Dear Sir/Madam,

I'm an inmate currently incarcerated at the Federal Prison Low Security Correction Institution, the reason for this letter was to obtain the records pertaining to my properties that is still in your possession.

Could you kindly forward me the complete record including a well detailed summaries in regard to all that was confisticated from my person's during my arrest on a drug conspiracy charge on September 8, 2005.

It will be highly appreciated if this information is sent swiftly.

Thank you.

Sincerely,

**RAFAEL SANTOS**
**REG. NO. 05654-070**
**LSCI ALLENWOOD**
**P.O. BOX 1000**
**WHITE DEER, PA 17887**

**MARCH 27, 2007**

**WILLIAM J. MURPHY**
**127 DORRANCE STREET**
**2nd. FLOOR**
**PROVIDENCE, RI 02903**

**RE: PROPERTY CLAIM**

Dear Counsel:

I hope this letter finds you well. I will like to know what had happen with the property I told you to recover from the DEA, I gave you the inventory of the assets, and I paid you for the recovery of all the jewlry that the DEA seize on my arrest. Up to now you haven't tell me the whereabout of my property. I want you to provide me with all documents you might have file to recover my property. Thank you for you attention.

Respectfully to you

RAFAEL SANTOS
REG. NO. 05654-070

**SCOTT A. LUTES**

Attorney At Law
www.scottluteslaw.com

ONE TURKS HEAD PLACE
SUITE 1440
PROVIDENCE, RHODE ISLAND 02903

TELEPHONE (401) 861-1142
CELLULAR (401) 741-7525
FACSIMILE (401) 861-1141

April 2, 2007

Rafael Santos
Reg. No. 05654-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887

**REGARDING: USA v. SANTOS**

Dear Mr. Santos:

I am writing in response to your correspondence dated March 27, 2007 regarding property claim. I represented you on October 17, 2005 for arraignment only as a courtesy for Attorney Murphy. I was never hired to recover any items as you mentioned in your letter. It would be best to send Attorney Murphy a letter in this regard.

Sincerely,

Scott A. Lutes

ASSET LIST FOR Personal Seizure Notice

Agcy Case: CH-05-0006 Santos, Rafael Seizure No: N-37

| ASSET ID | ASSET DESCRIPTION | VIN/SERIAL NO. |
|---|---|---|
| 05-DEA-456796 | 1 Gent's Rado Brand Wristwatch | |
| | 1 Gent's Bolva Brand Quartz Wristwatch | |
| | 1 Ladies Seiko Brand Wristwatch | |
| | 1 Gents 14K Yellow Gold Cuff Style 50.7 Grams | |
| | 1 Gents 14 K Yellow Gold Oval Shape Religious Medal with 30 inch curb link chain 19.1 grams | |
| | 1 Gents 14 k yellow gold curb link bracelet 24" x 14 .0 14.0 mm, wgh 105.0 grams | |
| | 1 Gents 14 k yellow gold, curb link necklace 24" x 1 1.5 mm, wgh 225.0 grams | |
| | 1 Gents 14 k yellow gold, curb link necklace 24" x 1 4.0 mm, wgh 105.0 grams | |
| | 1 Gents 14 k yellow gold ring with onyx and mother o f pearl stripe top | |
| | 1 Gents14k ygold diam cl ring wgh 20.8 gr w/ 72 bagt & one rnd br diam all tot 1 1/2 ct | |
| | 1 Gents 14k ygd merc emb ring wgh 21.5 gr w/ 24 rnd | |
| | 1 Gents 10k ygold sing stone ring wgh 6.2 gr w/ one rnd brill cut diam wgh .18 carat | |
| | 1 Gents 14k ygold 7 diam clust ring wgh 5.8 gr, diam weight .50 carat total SI2/J-K | |
| | 1 Gents sterl cut out band ring wgh 8.0 gr, set w/ 6 9 rnd, cubic zirconia | |
| | 1 Gents 18k ygold cl ring wgh 13.1 gr w/ 11 rnd bril l cut diam totaling 1.00 carat SI/I | |
| | 1 Ladys trp rcl ring wgh 5.4 gr w/ 12 rd bc diam tot .70 ca & 5 prn diam tot .80 c VS/H | |
| | 1 Ladys 14k ygold db row cl ring wgh 3.1 gr w/ 14 rd bc diam tot 1 car I1/I | |
| | 1 Gents 14k ygold cont sq top cls ring wgh 12.4 gr w / 20rd br cut diam tot 1.20 ca VS/H | |
| | 1 Gents 14k ygold multchan cl ring wgh 13.3 gr w/16 rd br cut diam tot 2 1/2 ca SI3/I | |
| | 1 Gents18k whgold c ring wgh 9.2 g w/ 24 r bc diam t ot .48 c SI/I surr 1 ovdb nat sapp ms 6.0 x 4.0 mm | |
| | 1 Ladys 14k ygold tw cl ring wgh 6.8 gr w/ 12 sing c ut & 2 rd bc diam tot .44 ca SI/H | |
| | 1 Gents 14k ygold ring wgh 5.0 gr w/ a rect black on yx w/gold relig fig inlay | |
| | 1 Gents 14k yellow & white gold name ring wgh 6.0 gr ams | |
| | 1 Gents 14k ygold cagle segnet ring wgh 6.4 gr w/ 1 rd diam wgh .02 ca I2/I | |
| | 1 Gen14k Cbpnd r eys &18rd cz,pnd fr 14k ygl cb lk c n m 24in by 13.00mm both tot 116.7 g | |
| | 1 Gents 14k ygold merced emb ring wgh 10.8 gr w/ 1 r d bcut diam wgh .02 ca SI/I | |
| | 1 Gents 14k ygold curb link bracelet meas 8 in x 14. 0 mm wgh 41.7 gr | |
| | 1 Gents 14k ygold cluster ring wgh 11.0 gr w/ 20 tap ered baguettes & 1 rd faceted cz | |
| | 1 Gents Rado bd qua wrtwch c bck #05069299 w/14k ygd cf bra att mea 18.0mm wd wgh est 70.0 g | |