IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>RAFAEL SANTOS )<br>ISMAEL GOMEZ ) | Cr. No. CR 05 108-0/S<br><br>In violation of 21 U.S.C. §§ 841(a) (1) & (b)(1)(C), 21 U.S.C. § 846, 21 U.S.C. § 853 and 18 U.S.C. § 2. |

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about September 8, 2005, in the District of Rhode Island, the defendants, RAFAEL SANTOS and ISMAEL GOMEZ, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C),

all in violation of 21 U.S.C. § 846.

COUNT II

On or about April 6, 2005, in the District of Rhode Island, the defendant, RAFAEL SANTOS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount

area at this time. I followed the UC vehicle back to the DEA Providence Resident Office. When we arrived, the CS handed me approximately 100 grams of heroin that he stated were provided to him by SANTOS. The CS was again searched with negative results. I subsequently field tested the suspected heroin with positive results. The evidence was submitted to the DEA Northeast Regional Laboratory. Toxicology report indicated that the substance tested positive for the presence of heroin and had a net weight of 98.6 grams.

8. On August 31, 2005, at approximately 2:30 p.m., I recorded a telephone call between the CS and SANTOS relative to the anticipated purchase of approximately 100 grams of heroin from SANTOS on September 7, 2005. The CS contacted SANTOS at SANTOS's cellular telephone number, (401) 255-6169. During this telephone call, SANTOS informed the CS that he could obtain 100 grams of heroin from his friend for next Wednesday (September 7, 2005). When the CS asked about the price, SANTOS instructed the CS to call him back on Friday (August 31, 2005). SANTOS informed the CS that he would have a price for the CS at that time. The CS agreed. The telephone call was terminated at this time. This telephone call took place in Spanish and was translated to me by the CS.

9. On September 6, 2005, at approximately 2:05 p.m., I recorded a telephone call between the CS and SANTOS relative to the anticipated purchase of approximately 100 grams of heroin from SANTOS on September 9, 2005. The CS contacted SANTOS at SANTOS's cellular telephone number, (401) 255-6169. During this telephone call, SANTOS informed the CS that he had spoken to his friend, and that the 100 grams of heroin would be available to the CS. The CS stated that the CS wanted to complete the transaction on Friday, September 9, 2005. SANTOS replied that this would not be a problem. The CS asked what the price would be, to which SANTOS responded $68.00 per gram. The CS acknowledged this and then told SANTOS that the CS wanted to do the deal quickly, not like the last time when the CS had to wait for a long period of time. SANTOS agreed and stated that it would be quick this time. The CS and SANTOS agreed to speak again Thursday afternoon (September 8, 2005) in order to confirm everything. The telephone call was terminated at this time. This call also took place in Spanish and was translated to me by the CS.

10. On September 7, 2005, at approximately 2:05 p.m., I recorded a telephone call between the CS and SANTOS relative to the anticipated purchase of approximately 100 grams of heroin from SANTOS. The CS contacted SANTOS at

vehicle, enter the salon, and meet with a number of individuals inside and outside the salon. At approximately 12:30 p.m., DEA surveillance observed SANTOS walk on Sumter Street towards the back of the hair salon. There, surveillance observed SANTOS meeting with a younger looking Hispanic male wearing a white shirt. This individual was later identified as Ismael GOMEZ, alias Jorge Marquez ("GOMEZ"). DEA surveillance observed a shiny package being passed from GOMEZ to SANTOS. Surveillance put out a description of the individual meeting SANTOS. SANTOS was then seen returning to the UC vehicle, while GOMEZ was waiting behind the salon. Surveillance observed SANTOS enter the UC vehicle moments later. The video recording obtained during this transaction shows SANTOS removing a package wrapped in tinfoil from his pant pocket. The CS then obtained the package from SANTOS. The CS told SANTOS that the CS had to retrieve the money from the trunk and exited the UC vehicle. SANTOS exited the UC vehicle as well and was observed standing next to the UC vehicle. The CS then gave an arrest signal to the surveillance team.

13. Thereafter, DEA agents moved into the area. SANTOS was observed running south on Broad street (away from Thurbers Avenue). SANTOS was apprehended by DEA agents and taken into custody. SANTOS was advised of his Miranda