UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAFEEL SANTOS | : | |
| | : | |
| vs. | : | C.A. No. 06-522-S |
| | : | |
| UNITED STATES OF AMERICA | : | |

**ORDER**

Rafael Santos has filed a Motion To Return Property pursuant to Federal Rules of Criminal Procedure 41(e). This motion appears to be based on two constitutional grounds: (1) that Santos received inadequate notice of the initiation of the administrative forfeiture of his jewelry so as to be deprived of his due process rights; and (2) that the seizure of Santos' jewelry constitutes a punishment that is unreasonably disproportionate to the crime itself so as to violate the Eighth Amendment.

In its response to the Motion, the Government did not specifically address Santos' second claim regarding proportionality. Therefore, the Court hereby directs the Government to file, on or before November 30, 2007, a supplemental memorandum addressing: (1) whether the seizure and forfeiture of Santos' jewelry constitutes a punishment and if so, whether that seizure was "grossly disproportional to the gravity of the defendant's offense," see United States v. Bajakajian, 524 U.S. 321, 337 (1998); and (2) any further legal argument it wishes to submit as to the adequacy of the notice provided to Santos or his

counsel of the administrative forfeiture proceeding for the jewelry.

Thereafter, Santos, if he so desires, may file a brief response to the Government's supplemental memorandum. The response shall be filed on or before December 15, 2007.

BY ORDER:

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
10/31/07