**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Rafael Santos**

**V.**

**Case Number: C.A. NO. 06-522S**

**United States of America**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America against the Plaintiff, Rafael Santos pursuant to the Court's Memorandum and Order dated November 19, 2007 denying and dismissing Plaintiff's Motion to Vacate Sentence.**

**BY ORDER:**

Noreen Baldinell

**Deputy Clerk**

**November 19, 2007**
**Date**