**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAFAEL SANTOS,** | : | |
| **PETITIONER,** | : | |
| | : | **CIVIL NO. 06-522-S** |
| **V.** | : | |
| | : | |
| **UNITED STATES OF AMERICA.** | : | |
| **RESPONDENT.** | : | |
| | : | |

**NOTICE OF APPEAL**
**AND REQUEST FOR**
**CERTIFICATE OF APPEALABILITY**

Now Comes RAFAEL SANTOS Petitioner, pro se and hereby respectfully serves notice of, that he appeals that certain final Judgment motion to vacate, set aside, or correct sentence filed on November 19, 2007 which denied petitioner's 2255 motion filed under ineffective assistance of counsel. Said order, final judgment of 11/19/07 is final judgment for purpose of appeal. This appeal is timely taken pursuant to Federal Rules of Appellate procedures 4(a)(1)(B) and 22.

Respectfully Submitted

Rafael Santos

RAFAEL SANTOS
REG. NO.
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Dated: 12-22-07