# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05654070 | Current Institution: | Allenwood FCC |
| Inmate Name: | SANTOS, RAFAEL | Housing Unit: | ALF-B-A |
| Report Date: | 12/22/2007 | Living Quarters: | B02-04H |
| Report Time: | 2:13:21 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | ALX |
| Transferred To: | |
| Account Creation Date: | 5/1/2006 |
| Local Account Activation Date: | 10/5/2006 3:26:14 AM |
| Sort Codes: | |
| Last Account Update: | 12/22/2007 1:38:40 PM |
| Account Status: | Active |
| Phone Balance: | $44.79 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $2,250.65 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $2,250.65 |
| National 6 Months Deposits: | $2,055.01 |
| National 6 Months Withdrawals: | $1,688.30 |
| National 6 Months Avg Daily Balance: | $2,143.00 |
| Local Max. Balance - Prev. 30 Days: | $2,396.40 |
| Average Balance - Prev. 30 Days: | $2,273.05 |

12/22/07

______, Case Manager,
Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC 4004)

## Commissary History

**Purchases**

Validation Period Purchases: $0.00
YTD Purchases: $275.25
Last Sales Date: 12/10/2007 5:34:38 PM

**SPO Information**

SPO's this Month: 0
SPO $ this Quarter: $0.00

**Spending Limit Info**

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $340.00

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**