# PROOF OF SERVICE

I certify that on 12-22-07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY
DISTRICT OF RHODE ISLAND
FLEET CENTER,
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 12-22-07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Rafael Santos
Signature

RAFAEL SANTOS
REG. NO.
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Dated: 12-22-07

*Rev. 09/05*