RAFAEL SANTOS
REG. NO. 05654-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

APRIL 6, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

RE: NOTICE OF APPEAL
CASE NO 06-522-S
CIVIL NO. 08-CV-117

Dear Clerk:

It is my intention to let the District Court know that I appeal by this means the District Court Judge William E. Smith recharacterization of my motion under Rule of Criminal Procedure 41(e) now 41(g), without previous notice. And the dismissal of my request for Return Property, held on March 28, 2008. Petitioner pursuant to Rule 4 of appellate procedure files this notice of appeal within the 10 days of the issuance of the order to dismiss.

Respectfully to you

Rafael Santos
RAFAEL SANTOS
REG. NO. 05654-070